IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN ERIC WAKEFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-683-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On June 4, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 12.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 12) is ADOPTED, that Petitioner's 28 U.S.C. § 2255 motion is DENIED, and that Petitioner's action against the Respondent is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 25th day of June, 2019.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE